**DISMISS; and Opinion Filed September 10, 2014.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00748-CV

### EX PARTE: ELIZUR GONZAGA

**On Appeal from the 292nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. X14-399-V**

## MEMORANDUM OPINION

Before Justices Francis, Myers, and Lewis
Opinion by Justice Lewis

In a letter dated July 30, 2014, the Court questioned its jurisdiction over this appeal. Specifically, there did not appear to be a final judgment. We instructed appellant to file, by August 18, 2014, a letter brief addressing our jurisdictional concern. We cautioned appellant that failure to file a letter brief within the time requested may result in dismissal of the appeal without further notice. As of today's date, appellant has not filed a jurisdictional brief.

Generally, this Court has jurisdiction only over appeals from final judgments. *See Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 195 (Tex. 2001). A final judgment is one that disposes of all pending parties and claims. *Id.* In appellant's notice of appeal, he stated that he is appealing the trial court's judgment signed on May 27, 2014. The clerk's record does not contain any such document. It does contain a general denial filed by the District Attorney's Office on that date. The general denial, however, is a pleading, not an appealable order.

The record before this Court does not contain a final judgment or other appealable order. For this reason, we dismiss this appeal.  *See* TEX. R. APP. P. 42.3(a).


/David Lewis/
DAVID LEWIS
JUSTICE


140748F.P05



# Court of Appeals
# Fifth District of Texas at Dallas
## JUDGMENT

EX PARTE: ELIZUR GONZAGA

No. 05-14-00748-CV

On Appeal from the 292nd Judicial District
Court, Dallas County, Texas.
Trial Court Cause No. X14-399-V.
Opinion delivered by Justice Lewis.
Justices Francis and Myers, participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee, Dallas County District Attorney's Office, recover its costs of this appeal from appellant, Elizur Gonzaga.

Judgment entered this 10th day of September, 2014.